1  **BOSTWICK & JASSY LLP**
   GARY L. BOSTWICK, Cal. Bar No. 79000
2      gbostwick@bostwickjassy.com
   JEAN-PAUL JASSY, Cal. Bar No. 205513
3      jpjassy@bostwickjassy.com
   KEVIN L. VICK, Cal. Bar No. 220738
4      kvick@bostwickjassy.com
   12400 Wilshire Boulevard, Suite 400
5  Los Angeles, California 90025
   Telephone:  310-979-6059
6  Facsimile:   310-314-8401

7  **LEVINE SULLIVAN KOCH & SCHULZ, LLP**
   ROBERT PENCHINA, *Pro Hac Vice Forthcoming*
8      rpenchina@lskslaw.com
   STEVEN D. ZANSBERG, Cal Bar No. 177528
9      szansberg@lskslaw.com
   321 West 44th Street, Suite 510
10 New York, NY 10036
   Telephone   212-850-6109
11 Facsimile:   212-850-6299

12 Attorneys for Defendant A&E TELEVISION NETWORKS, LLC

13

14 **SINGH, SINGH & TRAUBEN, LLP**
   MICHAEL TRAUBEN, Cal. Bar No. 277557
15     mtrauben@singhtraubenlaw.com
   400 S. Beverly Drive, Suite 400
16 Beverly Hills, CA 90212
   Telephone:  310-856-9705
17 Facsimile:   888-734-3555

18 Attorneys for Plaintiffs RAYMOND DOWNING and STUDIO MACBETH, INC.

19                UNITED STATES DISTRICT COURT

20          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

21

| RAYMOND DOWNING, an individual and STUDIO MACBETH, INC., a New York corporation, | Case No. CV-12-06011 RSWL (AJWx) |
|---|---|
| Plaintiffs, | **STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |
| v. | |
| LEFT RIGHT, INC., a New York corporation and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company, | [[Proposed] Order lodged concurrently] |
| Defendants. | |

STIPULATION TO TRANSFER VENUE

1     WHEREAS all Parties agree that the convenience of the Parties and the
2 witnesses, and the interests of justice, all would best be served if this action were to
3 proceed in the United States District Court for the Southern of District of New York
4 ("S.D.N.Y.") rather than in its present venue because, among other things, the Parties
5 are all domiciliaries of New York, the persons likely to be witnesses are located in
6 New York, the records likely to be the subject of discovery are maintained in New
7 York, and venue would have been proper in S.D.N.Y. had the matter initially been
8 brought there; and

9     WHEREAS, all Parties consent to the transfer of this action, pursuant to 28
10 U.S.C. § 1404, to S.D.N.Y.;

11     IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES that this
12 matter be transferred to the S.D.N.Y., and the Parties hereby request that the Court
13 enter an Order to that effect (*see* concurrently-lodged [Proposed] Order).

14 Dated: August 28, 2012

16                                   BOSTWICK & JASSY LLP

18                           By: _____
                                  KEVIN L. VICK

19                           Attorneys for Defendant A&E
20                           TELEVISION NETWORKS, LLC and
                          LEFT RIGHT, INC.

22 Dated: August 28, 2012

23                           SINGH, SINGH & TRAUBEN, LLP

25                           By: _____
                                  MICHAEL TRAUBEN

27                           Attorneys for Plaintiffs RAYMOND
                          DOWNING and STUDIO MACBETH,
28                           INC.