|   |   |   |
|---|---|---|
| 1 | **BOSTWICK & JASSY LLP**<br>GARY L. BOSTWICK, Cal. Bar No. 79000 | JS-6 |
| 2 | gbostwick@bostwickjassy.com<br>KEVIN L. VICK, Cal. Bar No. 220738 | |
| 3 | kvick@bostwickjassy.com<br>12400 Wilshire Boulevard, Suite 400 | |
| 4 | Los Angeles, California 90025<br>Telephone:  310-979-6059 | |
| 5 | Facsimile:   310-314-8401 | |
| 6 | **LEVINE SULLIVAN KOCH & SCHULZ, LLP**<br>ROBERT PENCHINA, *Pro Hac Vice Forthcoming* | |
| 7 | rpenchina@lskslaw.com<br>STEVEN D. ZANSBERG, Cal Bar No. 177528 | |
| 8 | szansberg@lskslaw.com<br>321 West 44th Street, Suite 510 | |
| 9 | New York, NY 10036<br>Telephone   212-850-6109 | |
| 10 | Facsimile:  212-850-6299 | |
| 11 | Attorneys for Defendants LEFT RIGHT, INC.<br>and A&E TELEVISION NETWORKS, LLC | |
| 12 | | |
| 13 | **SINGH, SINGH & TRAUBEN, LLP**<br>MICHAEL TRAUBEN, Cal. Bar No. 277557 | |
| 14 | mtrauben@singhtraubenlaw.com<br>400 S. Beverly Drive, Suite 400 | |
| 15 | Beverly Hills, CA 90212<br>Telephone:  310-856-9705 | |
| 16 | Facsimile:   888-734-3555 | |
| 17 | Attorneys for Plaintiffs RAYMOND<br>DOWNING and STUDIO MACBETH, INC. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAYMOND DOWNING, an individual and STUDIO MACBETH, INC., a New York corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>LEFT RIGHT, INC., a New York corporation and A&E TELEVISION NETWORKS, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. CV-12-06011 RSWL (AJWx)<br><br>**ORDER TRANSFERRING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**<br><br>[Stipulation to Transfer Venue filed concurrently] |

Good cause appearing from the parties' concurrently-filed Stipulation to Transfer Venue to the United States District Court for the Southern District of New York,

IT IS HEREBY ORDERED THAT:

1. This matter is transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404.

Dated:  October 18, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　Hon. Ronald S. W. Lew
　　　　　　　　　　　　　　　　　Senior, U.S. District Court Judge